AO 442 (Rev. 01/09) Arrest Warrant    10234406

**UNDER SEAL**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

RECEIVED
UNITED STATES MARSHAL
2017 JAN -6 AM 8: 1
EASTERN DISTRICT
OF VIRGINIA
ALEXANDRIA DIVISION

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Otis Chevalier | ) | Case No. 1:17-mj-6 |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Otis Chevalier                                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to distribute 1 kilogram or more of a mixture or substance containing a detectable amount of phencyclidine (PCP) States, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)1) and 846.

Date: 5 Jan 17

/s/ Ivan D. Davis *Issuing officer's signature*
United States Magistrate Judge

City and state: Alexandria, VA

*Printed name and title*

### Return

This warrant was received on *(date)* 8/29/24, and the person was arrested on *(date)* 8/29/24
at *(city and state)* Reston, VA.

Date: 8/29/24

*Arresting officer's signature*

U.S. Postal Inspector Beau Parker
*Printed name and title*